Ann-Martha Andrews, SBN 012616
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com

*Attorneys for Defendant Aetna Life Insurance
Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Scott E. Smithson, | No. 18-1833-PHX-ROS |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| Aetna Life Insurance Company, | |
| Defendant. | |

Plaintiff Scott E. Smithson and defendant Aetna Life Insurance Company hereby stipulate and agree to dismiss all of the plaintiff's claims against the defendant with prejudice. The parties agree that they will each bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 4th day of March, 2019.

ROBAINA & KRESIN PLLC

By: *s/ David C. Kresin*
David C. Kresin
5343 North 16th Street, Suite 200
Phoenix, AZ 85016
Tel.: 602.682-6450
Fax: 602.682-6455
dck@robainalaw.com

*Attorneys for Plaintiff Scott E.
Smithson*

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: *s/ Ann-Martha Andrews*
Ann-Martha Andrews
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Tel.: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com

*Attorneys for Defendant Aetna Life
Insurance Company*

37630945.1