# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott E Smithson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br><br>　　　　Defendant. | No. CV-18-01833-PHX-ROS<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation for Dismissal (Doc. 22), and good cause appearing,

　　　　**IT IS ORDERED** the Stipulation (Doc. 22) **GRANTED**, dismissing this action in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

　　　　Dated this 4th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge